In the Matter of the Estate of JOHN R. HAEGER, Deceased. HENRY FAHRENKRUG et al., as Executors and Trustees, Appellants; DOROTHY HAEGER et al., Respondents.

(Argued April 2, 1931; decided April 16, 1931.)

*Herman Elfers, Ralph Stout* and *Herbert A. Trebing* for appellants.

*Benoni Bernard Gattell* for Henry Haeger et al., respondents.

*Adolph E. Gutgsell* for Dorothy Haeger et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.